GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

v.

MAKEDA ATKINSON

EXHIBIT AND WITNESS LIST

CASE NUMBER: 218-CR-47

| PRESIDING JUDGE<br>Benjamin W. Cheesbro | | PLAINTIFF'S ATTORNEY<br>Jennifer Kirkland | | DEFENDANT'S ATTORNEY<br>John Ossick |
|---|---|---|---|---|
| TRIAL DATE(S)<br>3-5-2019 | | COURT REPORTER<br>FTR-BWK-CR1 | | COURTROOM DEPUTY<br>Kim Mixon |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
| 1 | | 3/5/19 | | | CD of police interview of Makeda Atkinson |
| 2 | | 3/5/19 | | | Miranda Warning Rights and Waiver Form |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1    Pages