# GLYNN COUNTY POLICE DEPARTMENT
## Miranda Warning Rights and Waiver Form



**GOVERNMENT EXHIBIT 2**

COPY

DATE: 09/23/18     TIME: 1019     PLACE: GCPD

MY NAME IS: MAKEDA ATKINSON     I AM 44 YEARS OLD.

MY ADDRESS IS: 3875 DARIEN HWY #4C

I COMPLETED THE 10 GRADE IN SCHOOL. I KNOW THAT

S. LOWREY

IS AN OFFICER WITH THE GLYNN COUNTY POLICE DEPARTMENT.

HE/SHE TOLD ME THAT:

1. I HAVE THE RIGHT TO REMAIN SILENT.
2. ANYTHING I SAY OR WRITE CAN BE USED AGAINST ME IN A COURT OF LAW.
3. I HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH ME WHILE I AM BEING QUESTIONED.
4. IF I CANNOT AFFORD AN ATTORNEY, ONE WILL BE APPOINTED TO REPRESENT ME BEFORE ANY QUESTIONING, IF I WISH.
5. I CAN DECIDE AT ANY TIME TO EXERCISE THESE RIGHTS AND NOT ANSWER ANY QUESTIONS OR MAKE ANY STATEMENTS.

I UNDERSTAND MY RIGHTS. HAVING THESE RIGHTS IN MIND, I AM FREELY AND VOLUNTARILY WILLING TO TALK ABOUT:

ROBBERY; VGCSA

I HAVE NOT BEEN THREATENED. I HAVE NOT BEEN PROMISED ANYTHING. I HAVE NOT BEEN FORCED IN ANY WAY TO ANSWER QUESTIONS OR TO MAKE ANY STATEMENTS.

Sign: X _[signature]_     Officer: _[signature]_

Witness: 



A Golden Past.
A Shining Future.

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer or have one with you when being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.




# Glynn County Police Department

157 Public Safety Boulevard Brunswick, Georgia 31525
Dispatch: (912) 554-3645 Fax (912) 554-7885
Administration: (912) 554-7800
www.police.glynncounty-ga.org

COPY

## CONSENT TO SEARCH FORM

I, __MAHEDA    ATKINSON_____, having been advised that law enforcement officers wish to make a search of the (property) under my control or custody, I hereby permit Officer __S. LAWREY__ and any other officers designated by him/her, to assist in a search of my (property).

Property Location: __GCPD__

## PROPERTY DETAILS

Type: __CELL PHONE__  Make: __LG/ATT__  Model: __FLIP PHONE__

Color: __BLACK__  Serial number (if applicable): _____

I understand that the purpose of the consent to search is for the express purpose of searching said (property) for evidence relating to the crime of:
__VGCSA__

I have not been promised a reward of any type. I have not been threatened in any manner. I freely and voluntarily give my consent to conduct said search of the above described (property) to the above officer with full understanding of my rights and actions. I understand that this consent is voluntary on my part and I do not have to consent to this search if I choose not to.

Signed this __24__ day of __SEPTEMBER__ 20__18__

Signature: x __[signed]__

Witness: __[signed]__ #206